UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61524-CIV-DIMITROULEAS

JOHANNA RAMLOCHAN,

      Plaintiff,

vs.

DYNAMIC RECOVERY SOLUTIONS,
LLC,

      Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On August 30, 2021, the Court issued an Order [DE 6] directing the parties to agree upon a

mediator within fourteen (14) days and to advise the Clerk's office of their choice.   From the

record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to

this Order to Show Cause by **September 24, 2021**, showing cause why the Clerk should not be

directed to randomly select a mediator from the list of certified mediators. Failure to comply with

this Order will result in the Clerk selecting a mediator at random.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

14th day of September, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record