**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 0:21-cv-61524-WPD

JOHANNA RAMLOCHAN,

 Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS, LLC,

 Defendant.

_____/

**JOINT PROPOSED ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Steven Jaffe. Mediation will be conducted via Zoom and/or other remote means at a date and time to be agreed upon by the parties.

ENTERED this \_\_\_ day of _____, 20 \_\_\_.

                _____
                WILLIAM P. DIMITROULEAS
                U.S. District Judge

Copies furnished:
All counsel of record